# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>Secretary of Labor,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) No. 4:16-CV-00549-DGK |
| LEGEND OF ASIA, LLC et al.,<br>    Defendants. | )<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered Plaintiff's Stipulation of Dismissal (Doc. 47), it is hereby

ORDERED that Plaintiff's claims against Defendant Tong Lin, are DISMISSED WITH PREJUDICE. Each party is to bear their own costs, and attorneys' fees.

Date: September 20, 2017            /s/ Greg Kays
                                    GREG KAYS, CHIEF JUDGE
                                    UNITED STATES DISTRICT COURT